UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DECARLOUS SPEARS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
Carolyn W. Colvin,

    Defendant.                            No. 11-cv-958-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 28, 2013, the findings and recommendation of the R&R. (Doc. 20) are **ADOPTED** and the Commissioner's final decision denying plaintiff Decarlous Spears' application for benefits is **AFFIRMED**.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                        BY:   */s/Sara Jennings*
                                               **Deputy Clerk**

Dated:   March 28, 2013

Digitally signed by
David R. Herndon
Date: 2013.03.28
14:40:31 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT